```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 47645
   NELSON FELICIANO
   MARIA Y FELICIANO                            CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER
         Debtor
   SSN XXX-XX-0837    SSN XXX-XX-8330

------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/10/2005 and was confirmed 12/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  60.00%.

     The case was dismissed after confirmation 04/09/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
US BANK/FIRSTAR BANK       SECURED           6593.09          240.87         6593.09
HSBC BANK NEVADA NA        UNSECURED         5766.32             .00         2554.47
ST ALEXIUS MEDICAL CENTE   UNSECURED         2017.32             .00         1210.39
ECAST SETTLEMENT CORP      UNSECURED         4766.76             .00         2111.67
LVNV FUNDING LLC           UNSECURED        15690.14             .00         6950.72
LVNV FUNDING LLC           UNSECURED         5697.70             .00         2524.07
CITIBANK                   UNSECURED        NOT FILED            .00             .00
DISCOVER FINANCIAL SERVI   UNSECURED         6523.61             .00         2889.95
FIRST STAR BANK NA         UNSECURED        NOT FILED            .00             .00
NORDSTROM FSB              UNSECURED          284.00             .00          124.58
OLD NAVY                   UNSECURED        NOT FILED            .00             .00
SALLIE MAE TRUST           UNSECURED             .00             .00             .00
SAMS CLUB CREDIT CARD      UNSECURED        NOT FILED            .00             .00
LVNV FUNDING LLC           UNSECURED         1968.45             .00          863.35
ROUNDUP FUNDING LLC        UNSECURED          725.78             .00          321.51
ECAST SETTLEMENT CORP      UNSECURED          383.44             .00          168.18
PETER FRANCIS GERACI       DEBTOR ATTY      2,700.00                         2,700.00
TOM VAUGHN                 TRUSTEE                                           1,732.18
DEBTOR REFUND              REFUND                                              948.61

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE             31,933.64

PRIORITY                                           .00
SECURED                                       6,593.09
    INTEREST                                    240.87
UNSECURED                                    19,718.89
ADMINISTRATIVE                                2,700.00
TRUSTEE COMPENSATION                          1,732.18

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 47645 NELSON FELICIANO & MARIA Y FELICIANO
```

```
DEBTOR REFUND                                              948.61
                                        ---------------    ---------------
TOTALS                                       31,933.64         31,933.64
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                        /s/ Tom Vaughn
Dated: 07/23/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```